# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>3 PHAZE ELECTRIC INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-cv-02715-WBS-EFB<br><br>**ORDER *re* JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action filed: August 2, 2018<br>Transferred: October 9, 2018 |

Pursuant to Fed. R. Civ. P. 16(b), the stipulation of Plaintiff Alexander Stross and Defendant 3 Phaze Electric, Inc. through their respective counsel of record, and for good cause appearing, IT IS HEREBY ORDERED THAT:

The initial Pretrial Scheduling Conference set for March 18, 2019, at 1:30 p.m. is continued until April 29, 2019, at 1:30 p.m. before the undersigned Court in Courtroom 5.  At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).  The parties shall submit to the Court a JOINT Status Report fourteen (14) calendar days before the hearing date, which shall contain the information specified in the Court's prior scheduling order docketed at ECF 16.

///

///

IT IS SO ORDERED.

Dated: March 6, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE