# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>3 PHAZE ELECTRIC INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-02715-WBS-EFB<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

Dated: July 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE